IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THO VAN TRAN,

        Petitioner,              No. CIV S-08-1102 WBS KJM P

    vs.

D.K. SISTO, et al.,

        Respondents.         <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By an order filed May 30, 2008, petitioner was ordered to file an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and petitioner has not responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   DATED:  August 25, 2008.

4   _____
    U.S. MAGISTRATE JUDGE

5

6   tran1102.fff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26